UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PATRICIA RIFFEY,

        Plaintiff,

   v.

HEWLETT PACKARD CO. LONG TERM DISABILITY PLAN, et al.,

        Defendants.

NO. CIV. S-05-1331 FCD JFM

ORDER AND ORDER TO SHOW CAUSE

----oo0oo----

Plaintiff filed this action on June 30, 2005. On the same date the court issued an Order Requiring a Joint Status Report which required:(1)that service of process on all parties to be completed within one hundred and twenty (120) days of the date of the filing of the complaint; and (2) that a joint status report to be filed within sixty (60) days of service of the complaint on all parties, or from the date of removal and that the parties shall confer as required by Fed. R. Civ. P. 26(f) and the joint status report include the Rule 26(f) discovery plan.

///

1    The court issued a minute order on February 17, 2006
2 instructing plaintiff's counsel to file a declaration as to the
3 status of this action. On February 27, 2006 and March 3, 2006
4 counsel filed declarations as to the status of this matter.
5    Based on the representations of counsel it appears that
6 service has never been completed. Accordingly, the court makes
7 the following orders:
8    1.  Plaintiff's counsel, Mr. Jesse S. Kaplan, is ordered to
9 show cause why plaintiff's case should not be dismissed for
10 failure to prosecute.
11   2.   Plaintiff's counsel shall file a response to the order
12 to show cause on or before March 20, 2006.
13   3.   A hearing on this order to show cause is set for
14 Friday, March 24, 2006 at 10:00 a.m.
15   IT IS SO ORDERED.
16 DATED: March 13, 2006.

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE

2