GIBSON, DUNN & CRUTCHER LLP
JOSEPH P. BUSCH III, SBN 70340
SALLY J. BERENS, SBN 218880
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
HEWLETT-PACKARD COMPANY
DISABILITY PLAN


JESSE S. KAPLAN, SBN 103726
5441 Fair Oaks Blvd., Ste. C-1
Carmichael, CA 95608
Telephone: (916) 488-3030
Facsimile: (916) 489-9297

Attorney for Plaintiff
PATRICIA RIFFEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RIFFEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY DISABILITY PLAN,<br><br>　　　　　Defendant. | CASE NO. 2:05-CV-01331-FCD-JFM<br><br>**STIPULATION and ORDER RE : PAGE LIMITS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

　　　　WHEREAS, the parties believe this case is best resolved on cross motions for summary judgment;

　　　　WHEREAS, the parties believe that a briefing schedule different than that dictated by the local rules is necessary and convenient to the completion of briefing;

　　　　WHEREAS, the parties do not believe that a "Statement of Undisputed Facts" as required by Local Rule 56-260(a) will be relevant or helpful to the Court in deciding the parties' cross motions for summary judgment, because the issue presented to the Court for adjudication does not present a question of whether there is a genuine dispute of material fact (*Bendixen v. Standard Ins. Co.*, 185 F.3d 939, 942 (9th Cir. 1999));

1

WHEREAS, the parties request additional briefing length beyond that allowed by the Court's Status (Pre-Trial Scheduling) Order dated July 7, 2006;

THEREFORE, the parties stipulate, agree, and request the Court to order as follows:

1. The parties' motions for summary judgment will be due on February 14, 2007, and will be noticed for the Court's hearing on March 16, 2006. The opening memoranda will not exceed twenty-five (25) pages in length.

2. The parties' oppositions on summary judgment will be due on February 28, 2007, by 4:00 p.m. and will not exceed twenty-five (25) pages in length.

3. The parties' reply briefing on summary judgment will be due on March 9, 2007, by 4:00 p.m. and will not exceed fifteen (15) pages in length

4. Neither party will file a "Statement of Undisputed Facts."

5. The parties will serve all briefs by electronic means on the due date.

DATED: January 12, 2007         GIBSON, DUNN & CRUTCHER, LLP

                                By:  /s/ Sally J. Berens  .
                                     Sally J. Berens

                                Attorneys for Defendant
                                HEWLETT-PACKARD COMPANY DISABILITY PLAN


DATED: January 12, 2007         LAW OFFICES OF JESSE S. KAPLAN

                                By:  /s/ Jesse Kaplan (as authorized on 1/12/07)  .
                                     Jesse Kaplan

                                Attorney for Plaintiff
                                PATRICIA RIFFEY

**IT IS SO ORDERED.**

DATED: January 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE